# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135641

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JAMES CARL SEARIGHT,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135641
COA: 281536
Macomb CC: 06-001397-FC

On order of the Court, the application for leave to appeal the November 27, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

Clerk

s0317